# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 436 MAL 2014
:
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v. :
:
:
:
JOHN RICHARD KLEESE, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.